# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

## IN ADMIRALTY

## Case No. 24-cv-00181-WFJ-AEP

IN THE MATTER OF:

**PARADISE FAMILY, LLC,** as owner and **ANOTHER DAY IN PARADISE BOAT CLUB, LLC**, d/b/a **FREEDOM BOAT CLUB OF TAMPA BAY** as owner *pro hac vice* of the *Reel Traction*, a 2020 Cobia motor vessel bearing hull identification number CBACX011G920 and Florida Registration FL9040SL, together with its Engine, Tackle, Appurtenances, Equipment, & Etc., in a cause for Exoneration from or Limitation of Liability,

      Petitioners.

### FINAL DEFAULT JUDGMENT AS TO ALL NON-FILING CLAIMANTS

This cause came before the Court upon the Court's Order granting Petitioner's Unopposed Motion for Final Default Judgment as to all Non-Filing Claimants. Accordingly, it is hereby,

**ORDERED and ADJUDGED**:

Final default judgment is hereby entered against all claimants who have not filed claims in this action. Petitioners Paradise Family, LLC, as owner and Another Day In Paradise Boat Club, LLC, d/b/a Freedom Boat Club of Tampa Bay as owner *pro hac vice* of the *Reel Traction,* a 2020 Cobia motor vessel bearing hull identification number CBACX011G920 and Florida Registration

FL9040SL, Engine, Tackle, Appurtenances, Equipment, & Etc., together with its master, captain, and crew are hereby exonerated from any responsibility, loss, damage or injury from any and all claims arising out of the incident described in the Petition for exoneration from or limitation of liability, except as to those claims timely filed by Claimant Elisia Rogers.

  **DONE AND ORDERED** in Chambers at Tampa, Florida this 26th day of April, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Cc: Counsel of Record